**No. 60216.**—Teigh, Inc. *v.* United States, protests 258627–K, 280413–K, and 280804–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 60217.**—Ben Jacobson *v.* United States, protest 216158–K (B) (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the items involved do not simulate any natural flower in their physical characteristics and appearances, that they are in chief value of compounds of cellulose, other than cellulose acetate, but not made in chief value of transparent bands, sheets, or strips, and that the issue herein is the same in all material respects as that in *De Waubert, Inc.* and *N. M. Albert Co., Inc.* (36 Cust. Ct. 12, C. D. 1747), the claim of the plaintiff was sustained.

**No. 60218.**—Sandoz Chemical Works, Inc. *v.* United States, protest 241713–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of Ekaline F, which product is not obtained from any oil, fat, or fatty acid described in the Internal Revenue Code, but is derived in part from sperm oil, which is not covered by the statute, the claim of the plaintiff was sustained.